IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-316-D

| | |
|---|---|
| JOY ORLANDO, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BRIDGET VERATTI, | ) |
| Defendant. | ) |

This court held a telephonic hearing in this matter today on Plaintiff's motion to compel [DE-25], which was attended by the parties through counsel. Where the parties have indicated they are actively attempting to reschedule the depositions that are the subject of the motion and for other reasons discussed during the hearing, Plaintiff's motion [DE-25] is denied as moot. The court encourages the parties to remain mindful of their case deadlines in this matter and the parties are cautioned not to be dilatory in pursuing discovery.

So ordered, the 19th day of February 2016.

Robert B. Jones, Jr.
United States Magistrate Judge